## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NATHANIEL SPRIGGS,                :     Civil No. 1:22-CV-01474
                                  :
       Plaintiff,                :
                                  :
       v.                        :
                                  :
CITY OF HARRISBURG, *et al.*,     :
                                  :
       Defendants.               :     Judge Jennifer P. Wilson

### <u>ORDER</u>

**AND NOW**, on this 29th day of June, 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. Defendant Wanda Williams' motion to dismiss, Doc. 24, is **DENIED** as to Count One.

2. Defendant Wanda Williams' motion to dismiss, Doc. 24, is **GRANTED WITHOUT PREJUDICE** as to Count Four.

3. Defendant City of Harrisburg's motion to dismiss, Doc. 26, is **DENIED** as to Count Two.

4. Defendant City of Harrisburg's motion to dismiss, Doc. 26, is **GRANTED WITH PREJUDICE** as to Count Three.

5.  Plaintiff may file a second amended complaint in accordance with this order and the accompanying memorandum within **21 days**, on or before **July 20, 2023**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
