IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL SPRIGGS, | : | Civil No. 1:22-CV-01474 |
| Plaintiff, | : | |
| v. | : | |
| CITY OF HARRISBURG, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## AMENDED CASE MANAGEMENT ORDER

**AND NOW**, on this 1st day of September, 2023, as requested by the parties during a telephone conference held on August 30, 2023, **IT IS ORDERED** that the original case management order, Doc. 23, is confirmed, except with respect to the amended case management deadlines as follows:

| | |
|---|---|
| Amended pleadings: | September 29, 2023 |
| Status Conference:[1] | November 22, 2023, at 11:30 a.m. |
| Discovery Disputes: | November 17, 2023 |
| Fact discovery: | December 29, 2023 |
| Dispositive motions and supporting briefs: | April 30, 2024 |
| Plaintiff's expert reports: | January 31, 2024 |
| Defendant's expert reports: | March 1, 2024 |
| Supplemental and rebuttal expert reports: | March 15, 2024 |
| Expert discovery: | April 12, 2024 |
| Motions in limine and supporting briefs: | May 8, 2024 |
| Pretrial memoranda: | June 5, 2024 |
| Proposed voir dire and jury instructions: | June 5, 2024 |
| Final pretrial conference: | June 20, 2024 |
| Trial: | July 1, 2024 |

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

---

[1] The parties shall call-in to the conference call number 877-336-1828, using the access code 2529544.