**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

NATHANIEL SPRIGGS,          :    Civil No. 1:22-CV-01474
                             :
        Plaintiff,          :
                             :
        v.              :
                             :
CITY OF HARRISBURG, *et al.*,   :
                             :
        Defendants.     :    Judge Jennifer P. Wilson

<u>**AMENDED CASE MANAGEMENT ORDER**</u>

**AND NOW**, on this 22nd day of November, 2023, as requested by the parties during a telephone conference held on this date, **IT IS ORDERED** that the original case management order, Doc. 23, is confirmed, except with respect to the amended case management deadlines as follows:

| | |
|---|---|
| Status Conference:[1] | February 28, 2024, at 10:00 a.m. |
| Discovery Disputes: | February 16, 2024 |
| Fact discovery: | March 29, 2024 |
| Dispositive motions and supporting briefs: | July 30, 2024 |
| Plaintiff's expert reports: | April 30, 2024 |
| Defendant's expert reports: | June 7, 2024 |
| Supplemental and rebuttal expert reports: | June 21, 2024 |
| Expert discovery: | July 19, 2024 |
| Motions in limine and supporting briefs: | August 7, 2024 |
| Pretrial memoranda: | September 4, 2024 |
| Proposed voir dire and jury instructions: | September 4, 2024 |
| Final pretrial conference: | September 18, 2024 |
| Trial: | October 7, 2024 |

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

---

[1] The parties shall call-in to the conference call number 877-336-1828, using the access code 2529544.