## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL SPRIGGS, | : | Civil No. 1:22-CV-01474 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF HARRISBURG, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

### AMENDED CASE MANAGEMENT ORDER

**AND NOW**, on this 4th day of March, 2024, following a telephone conference with counsel on February 28, 2024, **IT IS ORDERED THAT** the case management deadlines are amended as follows:

| | |
|---|---|
| Status Conference:[1] | May 22, 2024, at 3:00 p.m. |
| Discovery Disputes: | May 17, 2024 |
| Fact discovery: | June 28, 2024 |
| Dispositive motions and supporting briefs: | November 1, 2024 |
| Plaintiff's expert reports: | July 31, 2024 |
| Defendant's expert reports: | September 6, 2024 |
| Supplemental and rebuttal expert reports: | September 20, 2024 |
| Expert discovery: | October 18, 2024 |
| Motions in limine and supporting briefs: | November 6, 2024 |
| Pretrial memoranda: | December 4, 2024 |
| Proposed voir dire and jury instructions: | December 4, 2024 |
| Final pretrial conference: | December 18, 2024 |
| Trial: | January 6, 2025 |

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

---

[1] The parties shall call-in to the conference call number 877-336-1828, using the access code 2529544. Counsel should be aware that this is a conference calling number that is utilized for multiple calls scheduled in ten- or fifteen-minute intervals. If you dial in and another call is in progress, please wait until the courtroom deputy announces your case. The courtroom deputy is aware when a new caller joins the conference. You should follow the same etiquette expected when you enter a courtroom and a proceeding is in progress. When your case is called, state your name and client. Be advised that court staff are monitoring the conference at all times.