# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL SPRIGGS, | : | Civil No. 1:22-CV-01474 |
| Plaintiff, | : | |
| v. | : | |
| CITY OF HARRISBURG and MAYOR WANDA WILLIAMS, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 11th day of June, 2025, in accordance with the accompanying memorandum of law, **IT IS ORDERED THAT**:

1. Mayor Williams' motion for summary judgment is **DENIED**. (Doc. 63.)
2. City of Harrisburg's motion for summary judgment is **GRANTED**. (Doc. 67.)
3. The Clerk of Courts is directed to enter judgment in favor of City of Harrisburg. City of Harrisburg is dismissed from this case.
4. A status conference is scheduled for July 2, 2025, at 3:00 P.M. to discuss the status of this case. The parties shall call in to the conference calling number 717-638-8977 using the conference ID 432 592 125#.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania