AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Nathaniel Spriggs<br>*Plaintiff*<br>v.<br>City of Harrisburg<br>*Defendant* | Civil Action No. 1:22-cv-01474 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** JUDGMENT BE AND IS HEREBY ENTERED in favor of defendant, City of Harrisburg, and against the Plaintiff, Nathaniel Spriggs, in accordance with the court's memorandum (doc. 90) and order (doc. 91), dated June 11, 2025.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Jennifer P. Wilson on a motion for Summary Judgment.

Date: June 11, 2025

*CLERK OF COURT*

s/Rashelle Weida
*Signature of Clerk or Deputy Clerk*