# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL SPRIGGS, | : | Civil No. 1:22-CV-01474 |
| Plaintiff, | : | |
| v. | : | |
| CITY OF HARRISBURG, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 16th day of June, 2025, **IT IS ORDERED THAT** the entry of judgement, Doc. 92, is **STRICKEN** because it was improvidently entered pursuant to Federal Rule of Civil Procedure 54(b) and it does not adjudicate all the claims of all the parties. Final judgement shall be entered at the conclusion of this case in accordance with the Federal Rules of Civil Procedure.

                                              s/Jennifer P. Wilson
                                              JENNIFER P. WILSON
                                              United States District Judge
                                              Middle District of Pennsylvania